**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MONSANTO COMPANY**,

    **Plaintiff**,

  vs.                                        **Case No. 2:04-CV-282**
                                                  **Judge Marbley**
                                                  **Magistrate Judge King**

**WILLIAM POTTS,** *et al.*,

    **Defendants**.

## ORDER

On June 24, 2005, the United States Magistrate Judge issued a *Report and Recommendation* recommending that plaintiff's motion to strike certain affirmative defenses asserted by defendant Potts, Doc. No. 85, be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The plaintiff's motion to strike is **GRANTED**.

                                                              s/Algenon L. Marbley
                                                              Algenon L. Marbley
                                                    United States District Judge